JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY DUBOIS, | Case No. CV 12-02627-RGK (DTBx) |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| VS. | |
| WELTMAN, WEINBERG AND REIS, CO, LPA, et al. | |
| Defendant(s). | |

An Order to Show Cause was issued on April 27, 2012, requiring a response by May 16, 2012. As of this date, no response has been filed. The matter is therefore dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 3, 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE